```
GOLDSMITH & HULL/553914
A Professional Corporation
VALERIA BARINOVA   (Bar No. 224422)
16000 Ventura Blvd., Suite 900
Encino, CA 91436-2760
Tel.: (818) 990-6600
Fax: (818) 990-6140
govdept1@goldsmithcalaw.com
```

Attorneys For Judgment Creditor

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. A00-08536 |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S APPLICATION PERMITTING SERVICE OF PROCESS [~~PROPOSED~~] |
| PATRICIA WHITAKER AKA PATRICIA A. WHITAKER AKA PATRICIA W. MUNFORD | |
| Defendant. | |

IT IS HEREBY ORDERED, that Plaintiff's Application for Order Permitting Service of Process is Granted, and that any agent of ROTTNER ATTORNEY SERVICE, who is at least 18 years of age, of suitable discretion, and not a party for this action, be authorized and appointed to serve the writ issued in this action.

IT IS SO ORDERED

Dated: JUL -9 2007

ALICEMARIE H. STOTLER, CHIEF DISTRICT JUDGE
UNITED STATES DISTRICT COURT

27